# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of North Carolina

Case Number: 5:17-CV-630-D

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Peters, Stephen C.;et al.**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **VQ Wealth LLC, c/o: Stephen C. Peters, 112 E. Hargett Street, Suite B, Raleigh, NC 27601-1456**.

I, Christopher Lewis, do hereby affirm that on the **11th day of January, 2018** at **10:45 am, I:**

Served Summons in a Civil Action; Complaint for Injunctive and Other Relief personally to Stephen C. Peters as Registered Agent of VQ Wealth LLC. Service occurred at 5237 Theys Rd, Raleigh, NC 27606.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

**Christopher Lewis**
Process Server

**Cavalier Courier & Process Service
823-C South King Street
Leesburg, VA 20175
(703) 431-7085**

Our Job Serial Number: CAV-2018000139
Ref: ARO-53090

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2g



Case 5:17-cv-00630-D    Document 6-3    Filed 01/11/18    Page 1 of 1