IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CV-00630-D

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) |
| v. | ) ) |
| STEPHEN C. PETERS; VISIONQUEST WEALTH MANAGEMENT, LLC; VISIONQUEST CAPITAL, LLC; and VQ WEALTH, LLC. | ) ) ) ) |

### ORDER

This matter is before the court upon the United States Attorney's Unopposed Motion to Intervene and Stay Civil Proceedings. After careful consideration, and without objection of the parties, the Motion is hereby **GRANTED**. The United States is allowed to intervene for the sole and limited purpose of seeking to stay this case.

It is hereby **ORDERED** that this case is **STAYED** pending the completion of the criminal proceedings in *United States v. Peters,* No. 5:17-CR-411-D1 (E.D. N.C.), either by (a) sentencing after a guilty plea or jury verdict of guilty (or a mixed jury verdict after which the government does not seek a retrial on any remaining counts); (b) jury verdict of acquittal, or (c) dismissal.

It is **FURTHER ORDERED** that Plaintiff Securities and Exchange Commission shall notify the Court in writing of the disposition of the criminal proceedings no later than thirty (30) days following said disposition.

Upon the filing of such notice, the United States' participation in this case shall be concluded, without further order of this Court, unless, within thirty (30) days after the filing of such notice, the United States requests to remain a party or requests an additional stay. At the conclusion of the stay, the case shall proceed with the Securities and Exchange Commission as the sole remaining plaintiff.

It is **FURTHER ORDERED** that the stay in this case shall automatically expire thirty (30) days following the filing of the above-referenced notice by the Securities and Exchange Commission, unless within such thirty (30) days, one of the parties files a motion asking for the stay to continue, in which case the stay will continue until the Court rules on said motion.

SO ORDERED this 1 day of February, 2018.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE